
PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Javorie Thompson
(Enter above full name of Plaintiff/only
One plaintiff permitted per complaint.)

**1:24-cv-00192-GCM**

Case No. 23CR386747-100

Ehsan Akhavi v.
James O. Rice Jr.
Buncombe County
(Enter above full name of defendant or defendants.)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.
  1. Parties to previous lawsuits:
     Plaintiffs:
     _____
     _____

     Defendants:
     _____
     _____

  2. Court (if federal court, name the district; if state court, name the county):_____

  3. Docket number:_____

  4. Name of presiding judge:_____

  5. Disposition (for example, was the dismissed? Appealed? Is it still pending?)
     _____

  6. Approximate date of case filing:_____

II. PREVIOUS IN FORMA PAUPERIS LAWSUITS

A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
Yes ( ) No (✓)
1. Name the court and docket number for each:

_____

B. Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
Yes ( ) No ( )
1. If yes, how many?
2. Name the court and docket number for each action:

_____

III. EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES

A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
Yes (✓) No ( )

B. If your answer is Yes:
1. When did you file your grievance?

   *11-28-2023*

2. What was your grievance?

   *Violation of Due Process against my former attorney (Ehsan Akhavi) along with several more Violation of due process.*

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes (✓) No ( )

   If yes, when was the decision and what was the result?

   *The bar association only launched an investigation & the Public Defender's basically ignored my complaints, but all efforts are ineffective.*

C. If your answer to A is no, identify the claim(s) and explain why not:

_____

Recipient# 452095, Sender# 6227647, Letter# 5085595, Tracking# 1130, page 3 of

IV. **PARTIES**
A. Plaintiff's Name: Javonie Thompson
Address/Place of Confinement: 20 Davidson Drive,
Asheville, NC 28801

B. Defendant(s)

Name of Defendant 1: Ehsan Akhavi
Position: Public Defender (lawyer)
Place of Employment: Office of the Public Defender 40th Defender District
Current Address: 40th Defender District Buncombe County Courthouse Asheville NC 28801-35800

Additional Defendant(s) provide name, position, place of employment, and current address for each.

Defendant 2: James O. Rice Jr. (Jim Rice)
Public Defender
Office of the Public Defender 43rd Defender District
Haywood County, Haywood, NC

Defendant 3: Buncombe County
(Government Officials, officers of the Courts, Clerk of District + Superior Court, prosecutors, Detectives, Magistrates) "All involved."

Defendant 4: _____

(Continue on separate sheet if necessary.)

V. **STATEMENT OF CLAIM**
State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

Both named Public Defenders have proven to be Pettifoggers + Failed to act in my best interest. My Due Process has been violated. My rights have been illegally waived without my permission, knowledge, Signature, + approval. It's all illegal. Buncombe County Public Defenders, prosecutors, law enforcement + officers of the Courts are all conspiring together to wrongfully, illegally, maliciously + manipulating convict me of a crime I didn't commit. Buncombe County is violating & manipulating North Carolina Criminal law + Procedure. I am being held against my will. I am entitled to a Fair + equal Due process in which I am being deprived of. Buncombe County officials, officers of the courts, + Public defenders are all illegally violating my Due Process + the laws. I did not have a probable cause hearing because it was illegally waived, this act was not done in my best interest. My **North Carolina** Constitutional Rights, U.S. Constitutional rights, Fourth Amendment to the U.S. Constitution +

Recipient# 452095, Sender# 6227647, Letter# 5085595, Tracking# 1130, page 4 of 21

Case 1:24-cv-00192-GCM    Document 1    Filed 07/17/24    Page 3 of 5

more have all been violated. I was arrested on defective warrants that were not a result of probable cause findings supported by oath or affirmation of Grand Jury. The judge that presided over my first appearance in Court ordered assignment of Counsel which were not done in accordance with the requirements of due Process. My Probable-Cause hearing was waived in a manner that is illegal + not in accordance with due process requirements ~~and~~ I have not recieved any notices. I am currently without Counsel. Buncombe County has wanton + malitious intentions + wrongfully are restraining me of my liberty without Due Process of the law + the Public Defenders who have represented me are assisting them further violating my Due Process of the law. I have now been without Counsel for three weeks and this is all being purposely done out of spite to assist the State in wrongfully Convicting me + to slow down my process of proving my innocence. Everything being done here is completely wrong + all of my rights are being blatently violated by Buncomb County + Public Defenders with a obvious disregard for the North Carolina Criminal law, North Carolina Constitution, United States constitution, North Carolina Procedure, Due Process + the Amendments. My name, + reputation have also been defamed. Buncombe County isn't honoring Due Process of the law and as a indigent individual I am currently being deprived of having Counsel.

VI. **REQUESTED RELIEF**

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

I would like this entire case to be dismissed. I would also like all parties involved to pay 20000 apiece + be fined losing their jobs. I would also like an additional 50000 to be paid out to me for Cruel + unusual punishment, wrongfully being charged + deprived of my due process of the law, Mental health issues that this has caused me as well as stress, depression, being taken away from my children + losing everything in the process. I would also like all parties to Face Charges for what they have done. I would like to be release immediately and I want the charge that I have been wrongfully charged with placed on indefinate docket. As soon as you guys find what I am saying is 100% truth. I would also like a change of venue due to the prejudice unfair treatment. A change of venue for the dismissal will ensure no retaliation can be done as a result of me filling this claim.

Recipient# 452095, Sender# 6227647, Letter# 5085595, Tracking# 1130, page 5 o

Case 1:24-cv-00192-GCM    Document 1    Filed 07/17/24    Page 4 of 5



Date: 7-14-24    Signature: Jemenie Thompson
Prison ID #: 1419300

Recipient# 452095, Sender# 6227647, Letter# 5085595, Tracking# 1130,page 6 of 21

Case 1:24-cv-00192-GCM    Document 1    Filed 07/17/24    Page 5 of 5